UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

CLAUDIO CIPEDA,

    Debtor.

                                    Bankr. Case Nos. No. 6:17-bk-1326-CCJ
                                                  6:18-ap-0007-CCJ

_____

FOREIGN DIRECT INVESTMENT,
LLC,

                Plaintiff,

v.                                                             Case No. 6:18-mc-00023-Orl-37

ARVIND MAHENDRU,

                Defendant.
_____

**AMENDED SHOW CAUSE ORDER**[1]

    This action is before the Court *sua sponte*. On March 6, 2018, Plaintiff moved to withdraw reference of adversary proceeding, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011(a), and Local Bankruptcy Rule 5011-1. (*See* Doc. 1-1, p. 2; *see also* Doc. 1 ("**Motion**")). Defendant was required to file a response to Plaintiff's Motion no later than **March 20, 2018**. *See* Bankr. Local Rule 5011-1(e) (providing that "opposing

---

[1] Upon review, the Court finds that the previously entered Order (Doc. 2) is due to be vacated and replaced with this Amended Show Cause Order due to a scrivener's error in the caption.

parties shall have 14 days after the entry of [a] motion [to withdraw reference] . . . to file a responsive pleading and legal memorandum").

Having received no response from Defendant within the time frame permitted, the Bankruptcy Court transmitted the Motion to this Court, pursuant to Bankruptcy Local Rule 5011-1(f). (*See* Doc. 1-3). To date, no response has been filed.

Accordingly is hereby **ORDERED and ADJUDGED** that:

(1) On or before **May 4, 2018**, Defendant Arvind Mahendru shall show cause why the Court should not grant Plaintiff's Motion.

(2) If Defendant fails to timely respond to this Show Cause Order, the Court will grant Plaintiff's Motion as unopposed and will direct the Clerk to close this action.

(3) The Clerk is **DIRECTED** to properly re-style the caption of this case to reflect Foreign Direct Investment, LLC as the plaintiff and Arvind Mahendru as the defendant.

(4) The Order entered April 26, 2018 (Doc. 2) is **VACATED**, and the Clerk is **DIRECTED TO REMOVE** the vacated order from the record.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 26, 2018.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record